# Court of Appeals
# of the State of Georgia

ATLANTA,  August 15, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0017. LEON COLLINS v. WILLIAM STEEDLEY, WARDEN.**

In 2014, Leon Collins was convicted of three counts of child molestation, two counts of sodomy, and a single count each of aggravated child molestation, enticing a child for indecent purposes, and aggravated sexual battery. In an unpublished opinion, this Court affirmed Collins's convictions. *Collins v. State,* Case No. A19A1705 (decided March 12, 2020). In February 2021, Collins filed a petition for habeas corpus. Following an evidentiary hearing, the trial court entered an order denying the requested relief. Collins then filed this direct appeal. Under Georgia's Constitution, however, the Supreme Court of Georgia has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, we hereby TRANSFER this case to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/15/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*